1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:    541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8                  UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
9

10 INGRIA VARGAS.                    )   Case No.  2:21-CV-01406-CKD
                                     )
11      Plaintiff                    )   **STIPULATION AND**
                                     )   **ORDER FOR EXTENSION OF TIME**
12 v.                                )   **TO FILE PLAINTIFF'S MOTION FOR**
                                     )   **SUMMARY JUDGMENT**
13 KILOLO KIJAKAZI,                  )
14 Acting Commissioner of Social Security, )
                                     )
15      Defendant                    )
                                     )
16                                   )
   _____ )
17

18      IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19 the time 45 Days to June 30, 2022, for Plaintiff to file her Motion for Summary Judgment, in

20 accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is

21 requested due to the fact that Plaintiff's counsel has a very heavy briefing schedule due to the large

22 number of administrative transcripts she is currently receiving.

23
        ////
24
        ////
25
        ////
26
        ////
27

28

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                  Respectfully submitted,

Date: May 12, 2022                                    JACQUELINE A. FORSLUND
                                                            Attorney at Law

                                                            */s/Jacqueline A. Forslund*
                                                            JACQUELINE A. FORSLUND

                                                            Attorney for Plaintiff


Date:  May 12, 2022                                 PHILLIP A. TALBERT
                                                            United States Attorney
                                                            PETER THOMPSON
                                                            Acting Regional Chief Counsel, Region IX
                                                           Social Security Administration

                                                           */s/Patrick Snyder*
                                                           PATRICK SNYDER
                                                           Special Assistant United States Attorney
                                                           *By email authorization

                                                           Attorney for Defendant

                                                                   **ORDER**

APPROVED AND SO ORDERED.


Dated:  May 16, 2022

                                                           _____
                                                           CAROLYN K. DELANEY
                                                           UNITED STATES MAGISTRATE JUDGE