JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRIA VARGAS.   ) | Case No.  2:21-CV-01406-CKD |
| ) | |
| Plaintiff   ) | **STIPULATION AND** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v.   ) | **TO FILE PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT** |
| KILOLO KIJAKAZI,   ) | |
| Acting Commissioner of Social Security,   ) | |
| ) | |
| Defendant   ) | |
| ) | |
| _____   ) | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to August 1, 2022, for Plaintiff to file her Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested as Plaintiff's counsel's calendar is extremely full and she has not yet had adequate opportunity to review this case.

   Plaintiff's counsel apologizes for the delay and any resulting inconvenience.

**Russell v. Kijakazi**          Stipulation and Proposed Order     E.D. Cal. 2:21-cv-01406-CKD

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: June 27, 2022　　　　　　　　　JACQUELINE A. FORSLUND
　　　　　　　　　　　　　　　　　　Attorney at Law


*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff


Date:  June 27, 2022　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　PETER THOMPSON
　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　Social Security Administration

*/s/Patrick Snyder*
PATRICK SNYDER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant


　　　　　　　　　　　　　　　　　　ORDER

APPROVED AND SO ORDERED

Dated:  June 28, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Russell v. Kijakazi**　　　　　Stipulation and Proposed Order　　　　　E.D. Cal. 2:21-cv-01406-CKD