PHILLIP A. TALBERT
United States Attorney
PETE THOMPSON
Acting Regional Chief Counsel
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRIA VARGAS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:21-cv-01406-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended seventy-one days (71) days from September 22, 2022, to December 2, 2022. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response. Counsel for Defendant currently has nine (9) merit briefs currently due in district court

cases in the next seven (7) days, twenty-five (25) merit briefs in the next thirty (30) days and thirty-seven (37) merit briefs in the next sixty (60) days.  Counsel also recently returned from scheduled leave August 29, 2022 – September 5, 2022, will be out of the office a few days next week, and the week of November 21 - 25.  Given this current workload and leave schedule an extension until December 2, 2022 should provide an opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff (due to leave and resignations) is handling. Counsel apologizes to the Court for any inconvenience caused by this delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: September 21, 2022          By:   *s/ Oscar Gonzalez de Llano*
                                        OSCAR GONZALEZ DE LLANO
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

Respectfully submitted,

Attorneys for Plaintiff

DATE: September 21, 2022          By:   *s/ Jacqueline Anna Forslund* *
                                        Jacqueline Anna Forslund
                                        Forslund Law LLC
                                        (*as authorized by email)

<u>ORDER</u>

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 2, 2022, to respond to Plaintiff's Motion for Summary Judgment.

Dated: September 26, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE