JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRIA VARGAS,<br><br>　　　Plaintiff<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant | Case No.  2:21-CV-01406-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 21 Days to January 6, 2023, for Plaintiff to file his Reply, in accordance with the Court's Scheduling Order. This is Plaintiff's first request for an extension of time to file her Reply. It is requested due to the fact that Plaintiff's counsel has a work backlog that prevents her from spending the time necessary to draft the Reply before its current due date.

////

////

////

////

////

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: December 15, 2022  JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  December 16, 2022  PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/Noah Schabacker*
NOAH SCHABACKER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  December 19, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE